IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN ALBERTO DELGADO, JR., | § | |
|    Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-089 |
| | § | CRIMINAL ACTION NO. B-11-716-1 |
| UNITED STATES OF AMERICA | § | |
|    Respondent. | § | |

## ORDER

Pending is the Magistrate Judge's April 19, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 13] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Ruben Alberto Delgado's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless, and the issuance of a Certificate of Appealability is denied.

Signed this 16th day of May, 2017.

                                            Andrew S. Hanen
                                            United States District Judge